The United States Bankruptcy Court
For The Southern District of Mississippi

In re:  Patsy Wilkinson                    Chapter 13 #  14-01984-ee

Objection to Secured Claim

The debtor hereby files this objection to the secured claim of the creditor and requests the Court value the collateral and grant the relief requested, as follows:

1. The debtor moves the Court to value the collateral of the creditor as follows: If the amount of the debt is more than the value of the collateral, the difference should be treated as a general unsecured claim without priority.

If the amount of the debt is less than the value of the collateral, the amount to be paid to the creditor should be the amount owed or the value, whichever is less.

2. This is not a 11 U.S.C. 1325(a)(9)"910" vehicle

3. The creditor, description of the collateral, value and interest rate to be paid on the secured claims are set out as follows:

   Collateral: Tower Loan  – HHGS    Value $400.00    7% interest rate

4. The debtor further proposes that the lien of the creditor upon the collateral be satisfied upon payment of the collateral value and the issuance of the discharge order.

 */s/ Frank Coxwell*     July 10, 2014
FRANK H. COXWELL MSB# 7781
Coxwell & Associates, PLLC
Attorney for Debtor
500 North State Street
Jackson, MS 39201
(601) 948-4450 voice
(601) 608-7858 fax
frankc@coxwelllaw.com